AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
District of Texas
FILED
OCT 25 2014
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Beatriz LOZANO Monjaraz<br>YOB:1971<br>POB: Mexico | ) ) ) ) ) ) | Case No. M-14-2068-MJ |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 25, 2014** in the county of **Starr** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922 (g)(5) | Possession of a firearm, to wit: a Glock .40 caliber pistol, serial number: RNB703, and a Taurus .9mm pistol, serial number: L20947, by an Alien who is present in the United States under a nonimmigrant visa. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Complainant's signature*

J. Brandon Wargo, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-25-14

*Judge's signature*

City and state: McAllen, Texas

Dorina Ramos, United States Magistrate Judge
*Printed name and title*

ATTACHMENT A

Before the United States Magistrate Judge, Southern District of Texas, I, J. Brandon Wargo, Special Agent, Homeland Security Investigations, being duly sworn, depose and say the following:

On October 25, 2014, at approximately 0015 hours a black Chevrolet Suburban displaying license plate TX-US/BP85786 attempted to exit the United States via the Roma, Texas port of entry. CBPO V. Recio selected the vehicle for an outbound inspection. The driver of the vehicle was identified as Beatriz LOZANO-Monjaraz (DOB: 08/18/1971). LOZANO-Monjaraz gave CBPO V. Recio a negative declaration for weapons, ammunitions, and currency in excess of ten thousand dollars. CBPO V. Recio referred the vehicle and merchandise to secondary for further inspection. During secondary inspection of the center console CBPO A. Reyes discovered a pillow case, which was concealed under LOZANO-Monjaraz folded clothing, containing two weapons and two magazines with ammunition, namely a Glock .40 caliber pistol, serial number: RNB703, and a Taurus .9mm pistol, serial number L20947. The magazines were each loaded with five rounds of ammunition.

LOZANO-Monjaraz was advised of her Miranda rights and agreed to speak with agents. LOZANO-Monjaraz was interviewed by HSI Special Agents Brandon Wargo and Stephanie Oakley. LOZANO-Monjaraz stated the following to Special Agents:

- LOZANO-Monjaraz stated was admitted into the United States on October 23, 2014 in Laredo, Texas.

- LOZANO-Monjaraz stated that she agreed to purchase the vehicle from a friend and picked up the vehicle on October 24, 2014, at the Whataburger in Roma, Texas.

- LOZANO-Monjaraz stated that the doors were unlocked and keys were left under the floor mat.

- LOZANO-Monjaraz stated the only thing in the vehicle was a coke can.

- LOZANO-Monjaraz claimed ownership of all the items in the vehicle.

- LOZANO-Monjaraz denied knowledge of the firearms in the vehicle.